JOHN M. KNOX et al., as Executors, etc., Respondents, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

(Argued May 6, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 31, 1890, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Julien T. Davies* for appellants.

*George Zabriskie* for respondents.

Agree to affirm on opinion in *Galway* v. *Met. E. R. Co.* (*ante*, page 132).

———

THE PEOPLE ex rel. LINA COHEN, Appellant and Respondent, *v.* THE PROTESTANT EPISCOPAL HOUSE OF MERCY of the City of New York, Respondent and Appellant.

In the Matter of the Custody of JENNIE SIMON.

ARGUED and decided with *People ex rel. Danziger* v. *P. E. House of Mercy* (*ante*, page 180).

———

HENRY DALE et al., Respondents, *v.* FRANK T. GILBERT, as Sheriff, etc., Appellant.

In an action to recover the possession of personal property, defendant gave an undertaking for the return of the property, which contained a recital admitting that plaintiffs had taken the property described in his affidavit and requisition from defendant's possession. Upon the trial, defendant offered to prove that he did not have in his possession, when demand was made upon him, more than one-quarter of the property mentioned in plaintiffs' affidavit, which offer was rejected, upon the ground that the admission was conclusive. Thereafter defendant, with the consent of his sureties, moved at Special Term for leave to substitute a new undertaking without the admission, in place of the original. The motion was denied upon the ground that as the court had held the admis-